| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>William S. Brody (SBN 136136)<br>Buchalter, P.C.<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017<br>Tel: (213) 891-0700<br>Email: wbrody@buchalter.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>GCLI, LLC,<br><br><br><br>Debtor(s) | CASE NO.: 9:22-bk-10735-RC<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?  ☒ Yes  ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☒ Schedule E/F    ☐ Schedule G
☐ Schedule H     ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☒ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 10/10/2022

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*                                            Page 1                                    **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify the case:**

Debtor: GCLI, LLC

United States Bankruptcy Court for the: Central District of CA (State)

Case number (If known): 9:22-bk-10735-RC

☒ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.2** | Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (qqqqq) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.3** | Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ | $_____ |

Debtor  GCLI, LLC                                        Case number (if known) 9:22-bk-10735-RC
        Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>ASWD<br>101 S Capital Blvd S.<br>Boise ID 83702<br><br>Date or dates debt was incurred: 1/31/2022<br>Last 4 digits of account number: ____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 337,808.46 |
| **3.2** Nonpriority creditor's name and mailing address<br>AT&T<br>PO BOX 5014<br>Carol Stream, IL 60197<br><br>Date or dates debt was incurred: 1/31/2022<br>Last 4 digits of account number: ____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 254.55 |
| **3.3** Nonpriority creditor's name and mailing address<br>Bartle & Marcus LLC<br>116 W 47th St., Suite #2<br>Kansas City, MO 64112<br><br>Date or dates debt was incurred: 1/31/2022<br>Last 4 digits of account number: ____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 6,249.40 |
| **3.4** Nonpriority creditor's name and mailing address<br>Baty Otto Coronado PC<br><br>Date or dates debt was incurred: 1/31/2022<br>Last 4 digits of account number: ____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 38,103.90 |
| **3.5** Nonpriority creditor's name and mailing address<br>Bradshaw Fowler Proctor & Fairgrave<br>801 Grand Ave., Suite 3700<br>Des Moines, Iowa 50309-8004<br><br>Date or dates debt was incurred: 1/31/2022<br>Last 4 digits of account number: ____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 6,136.00 |
| **3.6** Nonpriority creditor's name and mailing address<br>Burr Forman<br>PO BOX 830719<br>Birmingham AL 35283-0719<br><br>Date or dates debt was incurred: 1/31/2022<br>Last 4 digits of account number: ____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 2,638.00 |

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 2 of 6

Debtor: **GCLI, LLC**
Case number (if known): 9:22-bk-10735-RC

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address:
Cohn Handler Sturm
11620 Wilshire Blvd., Suite 875
Los Angeles CA 90025

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade

Date or dates debt was incurred: 1/31/2022
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 37,929.00

---

**3.8** Nonpriority creditor's name and mailing address:
Dale L. Meisen
c/o Roderick Bond,
800 Bellevue Way NE, Ste 400
Bellevue, WA 98004

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Litigation

Date or dates debt was incurred: 1/31/2022
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,000,000.00

---

**3.9** Nonpriority creditor's name and mailing address:
Dentons
1001 Bishop St, Suite 1800
Honolulu, HI 96813

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Trade

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 81,652.64

---

**4.0** Nonpriority creditor's name and mailing address:
Holley Driggs
400 S Fourth St, 3rd Floor
Las Vegas, NV 89101

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade

Date or dates debt was incurred: 1/31/2022
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 111.75

---

**4.1** Nonpriority creditor's name and mailing address:
LA County Tax Collector
PO BOX 54027
Los Angeles CA 90054-0027

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tax

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 160.75

---

Debtor __GCLI, LLC_____  Case number (if known) __9:22-bk-10735-RC__
        Name

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**4.2 Nonpriority creditor's name and mailing address**
Metropolitan Equity Partners Administration, LLC
70 East 55th, 15th Floor New York, NY 10022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Judgment

Date or dates debt was incurred: 1/31/2022
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,673,257.16

---

**4.3 Nonpriority creditor's name and mailing address**
Metropolitan Partners Fund IIIA, LP
70 East 55th, 15th Floor New York, NY 10022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Judgment

Date or dates debt was incurred: 1/31/2022
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00 (same debt as 4.2)

---

**4.4 Nonpriority creditor's name and mailing address**
MidCap Financial Services, LLC
7255 Woodmont Ave., Ste. 300
Bethesda, MD 20814

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred: 1/31/2022
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

---

**4.5 Nonpriority creditor's name and mailing address**
MidCap Funding XVIII Trust
7255 Woodmont Ave., Ste. 300
Bethesda, MD 20814

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred: 1/31/2022
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

---

**4.6 Nonpriority creditor's name and mailing address**
Public Storage
30921 Agoura Rd
Westlake Village CA 91361

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade

Date or dates debt was incurred: 1/31/2022
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 504.00

---

Official Form 206E/F           Schedule E/F: Creditors Who Have Unsecured Claims           page _4_ of _6_

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**4.7** Nonpriority creditor's name and mailing address
Series F&F of Metropolitan Partners Funds IV, LLC
70 East 55th, 15th Floor New York, NY 10022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Judgment

Date or dates debt was incurred: 1/31/2022
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00 (same debt as 4.2)

**4.8** Nonpriority creditor's name and mailing address
Series Institutional of Metropolitan Partners Fund IV
70 East 55th, 15th Floor New York, NY 10022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Judgment

Date or dates debt was incurred: 1/31/2022
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00 (same debt as 4.2)

**4.9** Nonpriority creditor's name and mailing address
SP Plus
3340 Peachtree Rd NE, Atlanta GA 30326

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade

Date or dates debt was incurred: 1/31/2022
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,187.50

**5.0** Nonpriority creditor's name and mailing address
Spiwak & Iezza, LLP
555 Marin St, Suite 140 Thousand Oaks CA 91360

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade

Date or dates debt was incurred: 1/31/2022
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 853.65

**5.1** Nonpriority creditor's name and mailing address
Titus Hills Reynolds Love
15 E 5th St, Suite 3700, Tulsa OK 74103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade

Date or dates debt was incurred:
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 39,879.70

Debtor  GCLI, LLC
        Name                                                           Case number (if known) 9:22-bk-10735-RC

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 8,226,726.46 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 8,226,726.46 |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 6 of 6

AMENDED MASTER MAILING LIST (ADDITIONS ONLY)

Metropolitan Equity Partners Administration LLC
70 East 55th 15th Floor
New York, NY 10022

Metropolitan Partners Fund IIIA LP
70 East 55th 15th Floor
New York, NY 10022

Public Storage
30921 Agoura Rd
Westlake Village, CA  91361

Series F&F of Metropolitan Partners Funds IV LLC
70 East 55th 15th Floor
New York, NY 10022

Series Institutional of Metropolitan Partners Fund IV LLC
70 East 55th 15th Floor
New York, NY 10022

SP Plus
3340 Peachtree Rd NE
Atlanta, GA 30326

Spiwak Iezza, LLP
555 Marin St Suite 140
Thousand Oaks, CA 91360

Titus Hills Reynolds Love
15 E 5th St Suite 3700
Tulsa OK 74103

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
BUCHALTER, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled *(specify)*: **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1 (c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 10/14/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com;smartin@buchalter.com
- Jerry Namba (TR)    jnambaepiq@earthlink.net, jnambalaw@yahoo.com;jn01@trustesolutions.net;paknamba@gmail.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On *(date)* 10/14/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Hon. Ronald A. Clifford III<br>United States Bankruptcy Court<br>Central District of California<br>1415 State Street, Suite 233 /<br>Courtroom 201<br>Santa Barbara, California 93101-2511 | *Debtor*<br>**GCLI, LLC**<br>440 N. Barranca Ave<br>Suite A202<br>Covina, CA 91723 | *Trustee*<br>**Jerry Namba (TR)**<br>504 East Chapel Street<br>Santa Maria, CA 93454 |

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/14/2022 | Margie Arias | /s/ *Margie Arias* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*    Page 2    F 1007-1.1.AMENDED.SUMMARY

```
Label Matrix for local noticing          GELL, LLC                              Northern Division
0973-9                                    440 N. Barranca Ave                   1415 State Street,
Case 9:22-bk-10735-RC                     Suite A202                            Santa Barbara, CA 93101-2511
Central District of California            Covina, CA 91723-1722
Santa Barbara
Fri Oct  7 14:01:34 PDT 2022

ASWD                                      AT&T                                  Bartle Marcus LLC
101 S Capital Blvd S                      PO Box 5014                           116 W 47th St Suite No 2
Boise, ID 83702-7720                      Carol Stream, IL 60197-5014           Kansas City, MO 64112-1615


Baty Otto Coronado PC                     Bradshaw Fowler Proctor Fairgrave     Burr Forman
4435 Main St Suite 1100                   801 Grand Ave Suite 3700              PO Box 830719
Kansas City, MO 64111-1842                Des Moines, IA 50309-2727             Birmingham, AL 35283-0719


Cohn Handler Sturm                        Dale L Meisen                         Dentons
11620 Wilshire Blvd Suite 875             c/o Roderick Bond                     1001 Bishop St Suite 1800
Los Angeles, CA 90025-2432                800 Bellevue Way NE Suite 400         Honolulu, HI 96813-3689
                                          Bellevue, WA 98004-4273


Gemelli Equitites LLC                     Holley Driggs                         (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
10685 B Hazelhurst Dr No 16796            400 S Fourth St 3rd Fl                ATTN BANKRUPTCY UNIT
Houston, TX 77043-3238                    Las Vegas, NV 89101-6201              PO BOX 54110
                                                                                LOS ANGELES CA 90054-0110


Mid Cap Financial Trust                   MidCap Financial Services LLC         MidCap Funding XVIII Trust
7255 Woodmont Ave Suite 300               8255 Woodmont Ave Suite 300           7255 Woodmont Ave Suite 300
Bethesda, MD 20814-7923                   Bethesda, MD 20814                    Bethesda, MD 20814-7923


United States Trustee (ND)                Jerry Namba (TR)                      William S Brody
915 Wilshire Blvd, Suite 1850             504 East Chapel Street                Buchalter, A Professional Corporation
Los Angeles, CA 90017-3560                Santa Maria, CA 93454-4520            1000 Wilshire Boulevard, Suite 1500
                                                                                Los Angeles, CA 90017-1730



    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


LOS ANGELES COUNTY TREASURER AND TAX COLLECT    End of Label Matrix
PO BOX 54110                                    Mailable recipients    20
LOS ANGELES, CA 90054-0110                      Bypassed recipients     0
                                                Total                  20
```

Metropolitan Equity Partners Administration LLC
70 East 55th 15th Floor
New York, NY 10022


Metropolitan Partners Fund IIIA LP
70 East 55th 15th Floor
New York, NY 10022


Public Storage
30921 Agoura Rd
Westlake Village, CA  91361


Series F&F of Metropolitan Partners Funds IV LLC
70 East 55th 15th Floor
New York, NY 10022


Series Institutional of Metropolitan Partners Fund IV LLC
70 East 55th 15th Floor
New York, NY 10022


SP Plus
3340 Peachtree Rd NE
Atlanta, GA 30326


Spiwak Iezza, LLP
555 Marin St Suite 140
Thousand Oaks, CA 91360


Titus Hills Reynolds Love
15 E 5th St Suite 3700
Tulsa OK 74103