| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William S. Brody (SBN: 136136)<br>BUCHALTER, a Professional Corporation<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017<br>Tel: (213) 891-0700<br>Email: wbrody@buchalter.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor*  GCLI, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>GCLI, LLC,<br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 9:22-bk-10735-RC<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.

Are one or more creditors being added?    ☐ Yes   ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H      ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2   ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers   ☐ Statement of Intention   ☐ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 10/20/2022                            _____
                                             Debtor 1 Signature

                                             _____
                                             Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*                          Page 1                          **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify the case:**

Debtor name  GCLI, LLC

United States Bankruptcy Court for the: Central    District of: CA
(State)

Case number (If known):  9:22-bk-10735-RC

✓ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
    |---|---|

2. **Cash on hand**    $ 21,108.34

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number
    3.1. _____    _____    ____ ____ ____ ____    $ _____
    3.2. _____    _____    ____ ____ ____ ____    $ _____

4. **Other cash equivalents** *(Identify all)*
    4.1. _____    $ _____
    4.2. _____    $ _____

5. **Total of Part 1**    $ 21,108.34
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ✓ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit
    7.1. _____    $ _____
    7.2. _____    $ _____

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 1

Debtor  GCLI, LLC _____    Case number (*if known*) 9:22-bk-10735-RC_____
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   8.1. _____    $_____
   8.2. _____    $_____

9. **Total of Part 2.**    $_____0.00
   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**
    ✓ No. Go to Part 4.
    ❏ Yes. Fill in the information below.

                                                                          **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ........➔   $_____
                                 face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ........➔   $_____
                                 face amount         doubtful or uncollectible accounts

12. **Total of Part 3**    $_____0.00
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**
    ✓ No. Go to Part 5.
    ❏ Yes. Fill in the information below.

                                                          **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1. _____    _____    $_____
    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                         % of ownership:
    15.1. _____    _____%    _____    $_____
    15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1. _____    _____    $_____
    16.2. _____    _____    $_____

17. **Total of Part 4**    $_____0.00
    Add lines 14 through 16. Copy the total to line 83.

Debtor ____GCLI, LLC_____ Case number (if known)__9:22-bk-10735-RC_____
      Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ✓ No. Go to Part 6.
    - ❑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**
    _____  MM / DD / YYYY  $_____  _____  $_____

20. **Work in progress**
    _____  MM / DD / YYYY  $_____  _____  $_____

21. **Finished goods, including goods held for resale**
    _____  MM / DD / YYYY  $_____  _____  $_____

22. **Other inventory or supplies**
    _____  MM / DD / YYYY  $_____  _____  $_____

23. **Total of Part 5**                                                                                  $_____0.00
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ❑ No
    - ❑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ❑ No
    - ❑ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ❑ No
    - ❑ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ✓ No. Go to Part 7.
    - ❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**
    _____  $_____  _____  $_____

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish
    _____  $_____  _____  $_____

30. **Farm machinery and equipment**  (Other than titled motor vehicles)
    _____  $_____  _____  $_____

31. **Farm and fishing supplies, chemicals, and feed**
    _____  $_____  _____  $_____

32. **Other farming and fishing-related property not already listed in Part 6**
    _____  $_____  _____  $_____

Debtor ____GCLI, LLC_____    Case number (if known) _9:22-bk-10735-RC_____
      Name

---

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.    $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ✓ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.    $_____0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page **4**

Debtor ___GCLI, LLC_____   Case number (if known)_9:22-bk-10735-RC_____
　　　　Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

　✓ No. Go to Part 9.
　❑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

　47.1 _____   $_____   _____   $_____
　47.2 _____   $_____   _____   $_____
　47.3 _____   $_____   _____   $_____
　47.4 _____   $_____   _____   $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

　48.1 _____   $_____   _____   $_____
　48.2 _____   $_____   _____   $_____

49. **Aircraft and accessories**

　49.1 _____   $_____   _____   $_____
　49.2 _____   $_____   _____   $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

　_____   $_____   _____   $_____

51. **Total of Part 8.**
　　Add lines 47 through 50. Copy the total to line 87.　　　　　　　　　　　　　　　　　　$_____0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
　❑ No
　❑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　❑ No
　❑ Yes

Debtor  GCLI, LLC _____   Case number (*if known*) 9:22-bk-10735-RC _____
         Name

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    ✓ No. Go to Part 10.
    ❏ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**                                                                                                              $            0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ❏ No
    ❏ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ❏ No
    ❏ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ✓ No. Go to Part 11.
    ❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**                                                                                                            $            0.00
    Add lines 60 through 65. Copy the total to line 89.

Debtor ____GCLI, LLC_____ Case number (if known)__9:22-bk-10735-RC_____
         Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ✓ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                                          **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____    _____ − _____ = →    $_____
                                                Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____    Tax year _____    $_____
    _____    Tax year _____    $_____
    _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
    _____                                       $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    __See Schedule 74-1_____                                    $_Unliquidated_
    Nature of claim    __See Schedule 74-1_____
    Amount requested   $_Unliquidated_

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____                                       $_____
    Nature of claim    _____
    Amount requested   $_____

76. **Trusts, equitable or future interests in property**
    _____                                       $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    _____                                       $_____
    _____                                       $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                            $_____0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor    GCLI, LLC_____    Case number *(if known)* 9:22-bk-10735-RC_____
         Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 21,108.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................ → | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 21,108.34 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................    $ 21,108.34

# SCHEDULE 74-1

**74-1 Causes of Action against third parties (whether or not a lawsuit has been filed)**

1. Any and all claims, liabilities, rights, remedies, and causes of action held by Debtor against Metropolitan Entities (defined below) or obligations owed by Metropolitan Entities to Debtor relating to or arising from conduct or transactions involving Encore Park Fund 1, LLC, Encore Holdings, LLC, and Encore Automotive Acceptance Corporation, and affiliates, including without limitation claims and causes of action relating to alleged fraud, breach of contract, interference with contractual obligations, lender liability, and alter ego. "Metropolitan Entities" means each and all of the following: Metropolitan Partners Fund IIIA, LP, Series F&F of Metropolitan Partners Fund IV, LLC, Series Institutional of Metropolitan Partners Fund IV, LLC, Metropolitan Equity Partners Administration, LLC, Metropolitan Equity Partners Management, LLC, and each of their successors, assigns, and its present and former shareholders, affiliates, subsidiaries, divisions, predecessors, directors, officers, attorneys, employees, agents, heirs, executors, administrators, and other representatives.

2. Any and all claims, liabilities, rights, remedies, and causes of action held by Debtor against [Dale L. Meisen, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporations and its wholly owned subsidiary AIA Insurance, Inc.,] in connection with or arising from the action *Miesen v. Henderson et al.*, Case No. 1:10-cv-00404-DCN before the United States District Court for the District of Idaho, or any facts, claims, or causes of action asserted therein and any order, ruling, or judgment issued therein.

3. Any and all claims, liabilities, rights, remedies, and causes of action held by Debtor against Dentons relating to or arising from the representation of Debtor in connection with the following bankruptcy cases before the United States Bankruptcy Court, District of Kansas: (1) *In re Pertl Ranch Feeders LLC*, Case No. 19-10130-11, (2) *In re Pertl Ranch, LLC*, Case No. 19-10132-11, and (3) *In re William Shane Pertl*, Case No. 19-10162-11.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
BUCHALTER, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled *(specify):* **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1 (c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 10/21/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com;smartin@buchalter.com
- Jerry Namba (TR)    jnambaepiq@earthlink.net, jnambalaw@yahoo.com;jn01@trustesolutions.net;paknamba@gmail.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On *(date)* 10/21/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Hon. Ronald A. Clifford III<br>United States Bankruptcy Court<br>Central District of California<br>1415 State Street, Suite 233 / Courtroom 201<br>Santa Barbara, California 93101-2511 | | |
|---|---|---|

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method** for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/21/2022 | Margie Arias | /s/ *Margie Arias* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*    Page 2    **F 1007-1.1.AMENDED.SUMMARY**

```
Label Matrix for local noticing          GLL LLS                                    Northern Division
0973-9                                    440 N. Barranca Ave                       1415 State Street,
Case 9:22-bk-10735-RC                     Suite A202                                Santa Barbara, CA 93101-2511
Central District of California            Covina, CA 91723-1722
Santa Barbara
Fri Oct 21 10:50:57 PDT 2022

ASWD                                      AT&T                                      Bartle Marcus LLC
101 S Capital Blvd S                      PO Box 5014                               116 W 47th St Suite No 2
Boise, ID 83702-7720                      Carol Stream, IL 60197-5014               Kansas City, MO 64112-1615


Baty Otto Coronado PC                     Bradshaw Fowler Proctor Fairgrave         Burr Forman
4435 Main St Suite 1100                   801 Grand Ave Suite 3700                  PO Box 830719
Kansas City, MO 64111-1842                Des Moines, IA 50309-2727                 Birmingham, AL 35283-0719


Cohn Handler Sturm                        Dale L Meisen                             Dentons
11620 Wilshire Blvd Suite 875             c/o Roderick Bond                         1001 Bishop St Suite 1800
Los Angeles, CA 90025-2432                800 Bellevue Way NE Suite 400             Honolulu, HI 96813-3689
                                          Bellevue, WA 98004-4273


Gemelli Equitites LLC                     Holley Driggs                             (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
10685 B Hazelhurst Dr No 16796            400 S Fourth St 3rd Fl                    ATTN BANKRUPTCY UNIT
Houston, TX 77043-3238                    Las Vegas, NV 89101-6206                  PO BOX 54110
                                                                                    LOS ANGELES CA 90054-0110


Metropolitan Equity Partners Administration    Metropolitan Partners Fund IIIA LP   Mid Cap Financial Trust
70 East 55th 15th Floor                   70 East 55th 15th Floor                   7255 Woodmont Ave Suite 300
New York, NY 10022-3386                   New York, NY 10022-3386                   Bethesda, MD 20814-7923


MidCap Financial Services LLC             MidCap Funding XVIII Trust                Public Storage
8255 Woodmont Ave Suite 300               7255 Woodmont Ave Suite 300               30921 Agoura Rd
Bethesda, MD 20814                        Bethesda, MD 20814-7923                   Westlake Village, CA 91361-4601


SP Plus                                   Series F&F of Metropolitan Partners Funds IV    Series Institutional of Metropolitan Partner
3340 Peachtree Rd NE                      70 East 55th 15th Floor                   70 East 55th 15th Floor
Atlanta, GA 30326-1926                    New York, NY 10022-3386                   New York, NY 10022-3386


Series lnstitutional of Metropolitan Partner    Spiwak Iezza, LLP                   Spiwak Iezza, LLP
70 East 55th 15th Floor                   555 Marin St Suitc 140                    555 Marin St Suite 140
New York, NY 10022-3386                   Thousand Oaks, CA 91360-4236              Thousand Oaks, CA 91360-4103


Titus Hills Reynolds Love                 United States Trustee (ND)                Jerry Namba (TR)
15 E 5th St Suite 3700                    915 Wilshire Blvd, Suite 1850             504 East Chapel Street
Tulsa OK 74103-4304                       Los Angeles, CA 90017-3560                Santa Maria, CA 93454-4520
```